IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| RONALD WILSON, § | |
| § | |
| Plaintiff, § | |
| v. § | 3:13-CV-1227-P-BH |
| § | |
| THOMAS J. LOCHRY AND TERESA § | |
| HAWTHORNE § | |
| § | |
| Defendant. § | |

## ORDER

Now before the Court is Plaintiff's Objections to the U.S. Magistrate Judge's Findings, Conclusions, and Recommendation Dated May 24, 2013, filed on June 17, 2013.[1] (Doc. 17.) After reviewing the briefing, the evidence, and the applicable law, the Court DENIES Plaintiff's Objections and also ADOPTS the Findings, Conclusions, and Recommendations of Judge Ramirez.

### I.   Background & Adoption of Findings, Conclusions, and Recommendation

Plaintiff Ronald Wilson filed the instant suit as a pro se litigant. (Doc. 3.) The case was then screened as part of the Court's *in forma pauperis* procedures. (Doc. 1.) Plaintiff was granted leave to proceed in District Court on April 5, 2013. (Doc. 7.) On May 24, 2013 Judge Ramirez entered her Findings, Conclusions, and Recommendation which noted that Plaintiff failed to state a claim against all defendants in this action. (Doc. 13 at 3-7.) Noting Plaintiff's deficient allegations, Judge Ramirez noted that Plaintiff failed to properly state claims for violations of his federal civil rights and that declining to exercise the Court's supplemental

---

[1] Defendants have not been served, as Plaintiff has not yet been granted permission to serve Defendants as part of the *in forma pauperis* screening procedure. (Doc. 7.)

jurisdiction over other state law claims would best serve the interests of justice and judicial economy. (*Id.* at 6-7.) Moreover, Judge Ramirez noted that Plaintiff's federal civil rights claims were subject to dismissal as "frivolous." (*Id.* at 7.)

In his objections, Plaintiff has not identified any portion of Judge Ramirez's recommendation which amounts to legal error. *See* (Doc. 17 at 1-2.) Instead, Plaintiff only claims that he has sought to amend his pleadings and suffers from general hardships which prevent him from properly handling this case. The Court has already denied Plaintiff's Motion for leave to file an amended complaint, and Plaintiff's arguments on this ground are moot. (Doc. 18.) Moreover, the Court finds no error in Judge Ramirez's Findings, Conclusions, and Recommendation, and therefore chooses to adopt them and find that this case be dismissed. It is therefore ORDERED that Plaintiff's complaint and all claims alleged therein are DISMISSED WITH PREJUDICE AS FRIVOLOUS and for failure to state a claim. Judgment shall be entered accordingly.

**IT IS SO ORDERED.**

Signed this 25th day of June, 2013.

JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE